IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PADMASHINI DEVI DREES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-1327-N |
| | § | |
| UNITED STATES IMMIGRATION AND | § | |
| CUSTOMS ENFORCEMENT, | § | |
| | § | |
| Defendant. | | |

# **ORDER**

This Order addresses Defendant United States Immigration and Custom Enforcement's (the "Government") motion to dismiss [Doc. 10]. Plaintiff Padmashini Devi Drees is unopposed to the motion [12]. For the reasons set forth in the Government's motion, the Court grants the motion to dismiss.

Signed August 6, 2015.

David C. Godbey
United States District Judge

ORDER – SOLO PAGE