IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PADMASHINI DEVI DREES, | § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 3:15-CV-1327-N |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, | | |
| Defendant. | | |

# FINAL JUDGMENT

By separate Order of this same date, the Court granted Defendant United States Immigration and Customs Enforcement's (the "Government") unopposed motion to dismiss [10]. The Court accordingly orders that Plaintiff Padmashini Devi Drees take nothing by her claims against the Government. Court costs are taxed against Drees. All relief not expressly granted is denied. This is a final judgment.

Signed August 6, 2015.

_____
David C. Godbey
United States District Judge

JUDGMENT – SOLO PAGE